UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2017 MAR 14 PM 5:43
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Cause No. 2:17-cr- |
| RODERICK L. SPRATLEY, | ) | 2 17-cr-0003 WTL -CMM |
| Defendant. | ) | |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

On or about the 15th day of November 2016, at the Federal Correctional Complex, Terre Haute, Indiana, within the Southern District of Indiana,

RODERICK L. SPRATLEY,

Defendant herein, being an inmate of said prison, did possess a prohibited object, to wit: a plastic object which was a weapon or was designed or intended to be used as a weapon; which being in violation of Title 18, United States Code, Section 1791(a)(2) and (b)(3).

COUNT 2

On or about the 27th day of February 2017, at the Federal Correctional Complex, Terre Haute, Indiana, within the Southern District of Indiana,

RODERICK L. SPRATLEY,

Defendant herein, being an inmate of said prison, did possess a prohibited object, to wit: a metal object which was a weapon or was designed or intended to

be used as a weapon; which being in violation of Title 18, United States Code, Section 1791(a)(2) and (b)(3).

A TRUE BILL:

[redacted]

FOREPERSON

JOSH J. MINKLER
United States Attorney

by: James M. Warden
Assistant United States Attorney